■ RICHARD L. MEYER et al., Respondents, v ROBERT J. LA-BRIE et al., Appellants, et al., Defendants. [659 NYS2d 805] —Appeal from an order of the Supreme Court (Cobb, J.), entered October 2, 1996 in Columbia County, which, *inter alia*, granted plaintiffs' motion for summary judgment awarding foreclosure.

Order affirmed, upon the opinion of Justice George L. Cobb.

Mikoll, J. P., Crew III, White, Yesawich Jr. and Peters, JJ., concur. Ordered that the order is affirmed, with costs.